IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:14-cv-290-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| APPROXIMATELY $67,900 IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the Government's Motion for a stay pursuant to 18 U.S.C § 981(g).

The Government has advised the Court that the only known potential claimant is represented by attorney W. Rob Heroy in this matter, although Mr. Heroy has not yet made an appearance as counsel of record in this case. Further, the Government represents that Mr. Heroy has consented to the Government's Motion.

The Government has also represented that a related criminal investigation has been opened. Based upon the Government's representation and the consent of the parties, the Court finds that civil discovery in this case would adversely affect the ability of the Government to conduct the related criminal investigation.

IT IS THEREFORE ORDERED THAT:

1. This case is stayed pending resolution of the related criminal investigation or further order of the Court.

2. The periods provided for filing a claim and an answer under Rule G(5)(a)-(b) shall be deemed to begin on the date the stay is lifted or vacated by the Court.

3. Either party may file a motion to lift the stay.

**SO ORDERED**.

Signed: June 5, 2014

David S. Cayer
United States Magistrate Judge