UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-290-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| APPROXIMATELY $67,900 IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on the United States' Motion to Lift Stay and Dismiss Complaint, (Doc. No. 5), entered pursuant to 18 U.S.C. § 981(g)(1) and on the ground that forfeiture in a related criminal case has made this civil case moot.

**IT IS, THEREFORE, ORDERED** that the United States' Motion to Lift Stay and Dismiss Complaint, (Doc. No. 5), is **GRANTED**. The stay in this case is lifted and the complaint is **DISMISSED without prejudice**.

Signed: October 29, 2015

Robert J. Conrad, Jr.
United States District Judge